IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE AT PORTLAND

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 APR 28 P 4: 05

| | |
|---|---|
| ANDREW SHERIFF (Buyer) 1290 Woodbury Ave. Portsmouth N.H. 03801 & <br><br>MIKE JOHANNES (shareholder) 1290 Woodbury Ave. Portsmouth N.H. 03801 <br><br>*plaintiffs* <br><br>vs. <br><br>MATTHEW GARDNER (Seller) <br>911 Main Street # A <br>Sanford, Maine 04073 <br><br>& <br><br>440 MOUNT HOPE REALTY TRUST <br>1027 Milton Mills Rd Acton Maine 04001 <br><br>KING REAL ESTATE (Seller Agent) <br>367 US Route One, North Building <br>Falmouth, Maine 04105 <br><br>*defendants* | case no. 2:21-cv-115-GZS <br>DEPUTY CLERK <br><br>**BREACH OF CONTRACT** <br><br>**QUIET TITLE & FRAUD** <br><br>**DAMAGES & EQUITY** <br><br>**FACT PLEADING THEORIES** <br><br>**DIVERSITY OF CITIZENSHIP** <br><br>**OVER $75,000 IN DISPUTE** |

---

## COMPLAINT FOR THE PURCHASE OF REAL ESTATE

### Parties

1. PLAINTIFF is ANDREW SHERIFF (Buyer) of 1290 Woodbury Ave. Portsmouth N.H. 03801 joined by MIKE JOHANNES (14% investment share) of the same address. Together the undersigned hold written contract for purchase of land.

1

2. DEFENDANT is MATTHEW GARDNER (Seller) of (Maine address) as Trustee of "440 Mount Hope Realty Trust". This defendant is identified on the contract.

3. ADDT'L DEFENDANT is 440 MOUNT HOPE REALTY TRUST which is identified in York County Maine as the last Record Owner in the predominant line of title.

4. FURTHER[1] DEFENDANT is KING REAL ESTATE of 367 US Route One, North Building Falmouth, Maine 04105 and 198 Saco Avenue Old Orchard Beach, Maine 04064. This defendant is acting for the principal defendant as his Agent.

### Jurisdiction and Venue

5. The real estate parcel is located in the Federal District of Maine, and it is now worth some "$300,000", taxed by the local county at "$3,500/year". The place consists of four unit dwellings, several outbuildings, and the surrounding land.

6. The federal court has jurisdiction in diversity of citizenship (Plaintiff resides in New Hampshire) while the Defendants reside in Maine. The property dispute is worth far more than "$75,000", and it is based on real estate worth "$300,000".

### Facts and Circumstances

7. The undersigned ANDREW SHERIFF (Buyer Plaintiff) of 1290 Woodbury Ave. Portsmouth N.H. 03801 made a "real estate purchasing contract" with counterparty MATTHEW GARDNER (Seller Defendant) as Trustee of "440 Mount Hope Realty Trust", and the said Trust is located at the property address.

8. The undersigned ANDREW SHERIFF paid **$50,000 (fifty thousand dollars)** in "nonrefundable deposit" towards the contract price of $359,000 (three hundred fifty nine thousand dollars) by personal check no. **5236** (03-27-21) drawn on TD BANK N.A. account # **9004948515**. The check was fully paid on deposit.

---

[1] www.kingrealestate.com/brokers

9. This "nonrefundable deposit of $50,000" was paid to the order of "King Real Estate" dated March 27th, 2021, who is designated Agent of the Seller per terms and circumstance of the real estate purchasing contract. See evidence attached by exhibit, along with true copy of the banking instrument.

10. The Plaintiff proves his bank statement by further exhibit attached, showing complete presentment <u>and full payment of all the funds</u> described in the paragraph above, at "$50,000 nonrefundable deposit" fully satisfied.

### Breach of Contract

11. <u>Seller</u> of the Property through defendant KRE Brokerage Group, 367 US-1, Falmouth, ME 04105, was already paid FIFTY THOUSAND DOLLARS, yet they refuse to make final commitment in the terms of our purchasing contract.

12. Under the terms of the real estate contract, the Seller must repair certain defects and material corrections, including to abate several code violations identified in the paperwork that lies between the parties, noting the attached exhibits of "Disclosures", the "Contract", and other documents.

13. Not only did the Seller refuse to comply with the terms and conditions of the real estate contract, they recently insisted that the <u>Buyer</u> must agree to addenda that requires HIM to perform the work required on the subject Property, "in exchange" of waiving falsified claims about "rent" for use of the land.

14. The Seller contracted to deliver the said real estate property by April 21, 2021 with <u>all</u> required performance completed, yet this proved impossible and unworkable in practice. The Seller <u>cannot</u> perform on his part of the bargain, nor effectively complete the required repairs and amendments to the real property.

### Compromise Offered

15. The <u>Buyer</u> offered in writing on April 17, 2021 to compromise the issue at "$302,000" ("three hundred two thousand dollars") less credit for the already paid "$50,000" as set forth above. This "compromise" entails waiving all material defects in the real estate property except for "good title".

16. The term "good title" relies on the customary presumption of ordinary title insurance and distribution of all escrowed funds by 3rd party settlement agency, and the payment of required liens. All the Seller has to do is deliver his full warranty deed for "good title" and take payment on the remaining difference.

17. The Buyer even offered to absorb <u>all</u> settlement costs, and guarantee the complete payment in full "net to Seller less liens and title defects" at $302,000, including the "$50,000" that was already paid (set forth above).

18. After much discussion, the Seller came back offering to reduce the Sale Price to "$335,000" (three hundred and thirty five thousand dollars), noting the <u>attached exhibit of further email correspondence</u>. This admits the sale price must be reduced in exchange of waiving the extensive defects in this Property.

### Material Defects and Imperformance

19. The total value of all "material defects" and other waivers in the Seller's concession are itemised as follows:   **440 Mt. Hope Rd. Sanford, Maine 04073**

**Settlement Offer:** "As Is, Where Is, 100% Waiver of all Defects except Title"

**Sale Price:**   "$302,000" ("three hundred two thousand dollars")

**Waiver of Repairs and Concessions:** The subject Property is encumbered by numerous physical and material defects, including without limitation

- Septic System                          $30,000
- Heating System                       $20,000
- Plumbing and Electric Issues    $20,000

- Outstanding Municipal Code Violations    $20,000
- Illegal Windows (safety breach)    $20,000
- Risk and Investment Cost    $20,000
- Buyer will carry all Settlement Costs    $20,000

**JUDGMENT IS THEREFORE DEMANDED** against the **DEFENDANTS** all and singular, and damages for the loss of equity and breach of contract, damages liquidated and unliquidated, compensatory and punitive damages, actual and consequential damages, and to "quiet title" in favor of the Plaintiff named above. There is a theory of "tortious interference" by the Seller's Agent, who clearly engineered the whole debacle.

**Judgment is demanded** against all Defendants, setting off the aforesaid "$50,000 nonrefundable deposit", assessing all other damages claimed and due by any apparent theory, granting all other relief in law and equity, making final account determination for any balance due in settlement of purchase and sale of the real property located at **440 Mt. Hope Rd. Sanford, Maine 04073**, bk. **17668** pg. **19** York County land records.

The Court is hereby petitioned to impose a constructive trust so as to avoid "unjust enrichment" and determine the fair price and amount actually due under the circumstances, quieting the real property title into the Plaintiff by judicial decree.

*[signature]*

ANDREW SHERIFF
1290 Woodbury Ave.
Portsmouth N.H. 03801

*[signature]*

MIKE JØHANNES
1290 Woodbury Ave.
Portsmouth N.H. 03801

## VERIFICATION

The foregoing COMPLAINT FOR REAL ESTATE CONTRACT is true, correct and complete within my 1st hand personal knowledge, information and belief. All statements of fact are expressly made subject to the penalty of perjury, and for unsworn falsifications. This complaint is made in good faith as under civil Rule 11.

date: 4/28/2021

ANDREW SHERIFF
1290 Woodbury Ave.
Portsmouth N.H. 03801