Exhibit B

**ANDREW M. SHERIFF**
**ARLENE H. SHERIFF**
1290 WOODBURY AVE. PH. 431-8966
PORTSMOUTH, NH 03801

5236
54-7/114
02

Pay to the Order of **King Real Estate**                March 27, 2021

**Fifty Thousand**                                     $50,000.00

TD Bank
America's Most Convenient Bank®

For **440 Mount Hope**

⑈011400071⑈ 9004948515⑈    5236

Non Refundable Deposit
440 Mount Hope Rd
Sanford, ME

M.G.

A.M.S