DocuSign Envelope ID: 8E66A571-88C9-4B12-8B4E-DBA88FC8DD9B

Exhibit D



DEBRA L. ANDERSON, REGISTER OF DEEDS
Bk 17668  PG 19
Instr # 2018007765
02/27/2018  01:21:32 PM
Pages 2      YORK CO

# MAINE SHORT FORM WARRANTY DEED

**KNOW ALL MEN BY THESE PRESENTS**, that, I, **THOM LAKIN** of 443 Alfred Road, Sanford, Maine 04073,

for consideration paid,

grant to **DAVID SEYMOUR** and **MATTHEW GARDNER**, Trustees of the **440 MT HOPE RD REALTY TRUST**, a Maine trust with a mailing address of 1027 Milton Mills Road, Acton, Maine 04001

with **WARRANTY COVENANTS**, the following described real property:

A certain lot or parcel of land, together with the improvements thereon, situated in the City of Sanford, County of York and State of Maine on the southerly side of Route 202 and being bounded and described as follows:

Beginning on the southerly sideline of Route 202 at the northeasterly corner of the parcel herein conveyed and the northwesterly corner of land now or formerly of Francis Butler; Thence running generally westerly along the southerly sideline of Route 202 a distance of 265 feet, more or less, to land formerly of Moshe Michael Blatt and now or formerly of Hayes; Thence running generally southerly along said Hayes land a distance of 500 feet, more or less, to the southwesterly corner of the parcel herein conveyed; Thence running generally easterly along said Hayes land a distance of 265 feet, more or less, to said land now or formerly of Butler; Thence running generally northerly along said Butler land to the point of beginning.

Being the same premises conveyed to Grantor by deed from Stephen W. and Linda L. Shaw dated September 23, 2011 and recorded in the York County Registry of Deeds at Book 16170, Page 32.

**IN WITNESS WHEREOF**, I, the said Thom Lakin have hereunto set my hand this __26th__ day of February, 2018.

_____          _____
Witness                                                        Thom Lakin

RETURN TO THE OFFICE OF:
BOURQUE & CLEGG
949 MAIN STREET/P O BOX 1068
SANFORD, MAINE 04073

Maine R.E. Transfer Tax Paid

**STATE OF MAINE**
**COUNTY OF YORK**

February 26, 2018

Personally appeared the above-named Thom Lakin and acknowledged the foregoing instrument to be her free act and deed.

Before me,

Notary Public   Bradley C. Morin
Maine   Attorney at Law #004268